2008 MAY 21 PM 3:12

KWH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDER PEDROTTI-JUAREZ,<br>Defendant. | Criminal Case No. '08 CR 1627 BTM<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about June 20, 2007, within the Southern District of California, defendant EDER PEDROTTI-JUAREZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JPME:fer:San Diego
5/16/08

It is further alleged that defendant EDER PEDROTTI-JUAREZ was removed from the United States subsequent to May 8, 2003.

DATED: May 21, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney