2008 MAY 21 PM 3:11

YNW

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1627 BTM

UNITED STATES OF AMERICA, Plaintiff, v. EDER PEDROTTI-JUAREZ, Defendant.

Criminal Case No. ______

NOTICE OF RELATED CASE

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Eder Pedrotti-Juarez, Criminal Case No. 08CR1079-BEN.

DATED: May 21, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

cf