KAREN P. HEWITT
United States Attorney
ANNE KRISTINA PERRY
Assistant United States Attorney
California Bar Number 107440
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5767
Facsimile: (619) 557-7381

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDER PEDROTTI-JUAREZ,<br><br>Defendant. | Criminal Case No. 08CR1627BTM<br><br>**UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY AND MOTION TO COMPEL FINGERPRINT EXEMPLARS**<br><br>Date: July 7, 2008<br>Time: 1:30 p.m.<br>Honorable: Barry Ted Moskowitz<br>Courtroom: 15, 5th Floor |

Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Anne Kristina Perry, Assistant United States Attorney and hereby files its Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars. This motion is based upon the files and records of the case together with the attached statement of facts and memorandum of points and authorities.

//

//

//

//

//

//

//

## I

## STATEMENT OF FACTS

On June 20, 2007, EDER PEDROTTI-JUAREZ ("defendant") was arrested by the San Diego Police Department for various violations of state law. While the defendant was in state custody, Immigration and Customs Enforcement determined the defendant to be citizen of Mexico and placed an immigration detainer upon him pending his release from county jail.

On March 10, 2008, the defendant was referred to Immigration and Customs Enforcement. Records checks show that he was ordered removed from the United States by an immigration judge on November 4, 2003, and was removed to Mexico through the Otay Mesa Port of Entry on that same date. This removal was subsequent to his conviction for Unlawful Sexual Intercourse, a felony, for which a 16-month sentence was imposed.

On May 21, 2008, a federal grand jury for the Southern District of California returned a one-count Indictment against Defendant, charging him with being an alien who was found in the United States without the consent of the Attorney General or the Secretary of Homeland Security, after having been previously excluded, deported, or removed, in violation of Title 8 U.S.C. § 1326. The Indictment further alleged that Defendant was removed from the United States subsequent to May 8, 2003.

## II

## UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

Defendant has invoked Fed. R. Crim. P. 16(a) and the United States has voluntarily complied with the requirements of Rule 16(a). Therefore, provision 16(b) of that rule, requiring reciprocal discovery, is applicable. The United States hereby requests Defendant to permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which he intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom Defendant intends

to call as a witness. The United States also requests that the court make such orders as it deems necessary under Rule 16(d)(1) and (2) to insure that the United States receives the discovery to which it is entitled.

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except Defendant. The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. The United States hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the court. This order should include any form these statements are memorialized in, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

**III**

**MOTION TO COMPEL FINGERPRINT EXEMPLARS**

As part of its case, the United States must prove that Defendant was previously deported from the United States. To prove this element, the United States anticipates calling a certified fingerprint examiner to testify that Defendant is the individual whose fingerprint appears on the warrants of deportation and other deportation documents. A number of chain of custody witnesses could be eliminated, and judicial resources conserved, by permitting the Government's expert to take Defendant's fingerprints himself. The Defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S. 757 (1966). Further, using identifying physical characteristics, such as fingerprints, does not violate Defendant's Fifth Amendment rights against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see also, United States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987). Accordingly, the Government requests that the Court order that Defendant make himself available for fingerprinting by the Government's fingerprint expert.

//

//

//

//

//

## IV.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that its motion for reciprocal discovery and fingerprint exemplars be granted.

DATED: July 2, 2008.

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

***s/Anne Kristina Perry***
Anne Kristina Perry
Assistant U.S. Attorney
anne.perry2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDER PEDROTTI-JUAREZ,<br>Defendant. | Case No. 08CR1627-BTM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Anne Perry, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Shaffy Moeel, Esq**.
Email: shaffy_moeel@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2008.

s/Anne Kristina Perry
ANNE KRISTINA PERRY